AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Frank Peter Molinari Giorgi Jr.<br><br>*Defendant* | )<br>) Case: 1:25-mj-00005<br>) Assigned To : Harvey, G, Michael<br>) Assign. Date : 1/13/2025<br>) Description: COMPLAINT W/ARREST WARR/<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Frank Peter Molinari Giorgi Jr._____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building ;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: ___01/13/2025___                                    _____
                                                         *Issuing officer's signature*

City and state: ____Washington, D.C.____      G. Michael Harvey, U.S. Magistrate Judge
                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* __1/13/25__ , and the person was arrested on *(date)* __1/15/25__
at *(city and state)* __SAN FRANCISCO, CA__

Date: __1/15/25__

_____
*Arresting officer's signature*

CHELSEA GUTIERREZ, SPECIAL AGENT
*Printed name and title*